**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMILLIANO LORENZO ZAMORA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-02448 JLT GSA<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 10, 11, 12, 13, 15) |

Maximilliano Lorenzo Zamora seeks judicial review of an administrative decision denying his applications for child's insurance benefits and supplemental security income pursuant to Title XVI of the Social Security Act. (Docs. 1, 12.) Plaintiff asserted the ALJ failed to "sufficiently develop the record" and "properly analyze [his] symptoms." (Doc. 12 at 5, 7 [emphasis omitted]; *see also id.* at 4-11.) The Commissioner argued that the Court should affirm because "the record was sufficiently developed" and Plaintiff's subjective testimony was "reasonably discounted." (Doc. 13 at 2, 4 [emphasis omitted].)

The magistrate judge found that "Plaintiff has not established that the ALJ failed to develop the record." (Doc. 15 at 11; *see also id.* at 5-11.) However, the magistrate judge found the ALJ failed to properly evaluate Plaintiff's subjective statements, including evaluating his

"ability to successfully engage in a workplace setting" and evidence related to Plaintiff's need for "extra guidance, specially arranged transportation to work and morning only shifts[,] extra breaks and may have not performed at the same standards as other employees." (*Id.* at 15, 18; *see also id.* at 11-20.) The magistrate judge concluded that "substantial evidence and applicable law do not support the ALJ's conclusion that Plaintiff was not disabled." (*Id.* at 20.) The magistrate judge recommended the Court remand the matter for further proceedings. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 15 at 21.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 14, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 15) are **ADOPTED**.
2. Plaintiff's motion for summary judgment (Doc. 12) is **GRANTED**.
3. Defendant's request to affirm the administrative decision (Doc. 13) is **DENIED**.
4. The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
5. The Clerk of Court is directed to terminate pending matters[1]; enter judgment in favor of Plaintiff Maximilliano Lorenzo Zamora and against Defendant Frank Bisignano, Commissioner of Social Security; and to close this case.

IT IS SO ORDERED.

Dated: October 13, 2026

[signature]
UNITED STATES DISTRICT JUDGE

[1] Plaintiff's prior motion for summary judgment, which contained a docketing error, and request for extension of time (Docs. 10, 11) are terminated as **MOOT**.